| | |
|---|---|
| **Subject:** | RE: Receipt Stats |
| **From:** | alex@youmail.com |
| **To:** | 'Eric Ver Ploeg' |
| **CC:** | 'Rick Prostko' |
| **BCC:** | |
| **Sent:** | 1/25/2012 9:43:15 AM |
| **Importance:** | Normal |
| **Attachments:** | |

I'd like to credit Rick....

But I definitely will credit VPCP's $1m investment in July. That's what enabled us to ramp just enough on the dev team beyond "survival" mode to get things fixed in terms of scale, build visual caller id, improve the apps quite a bit, and then get the receipts built on top of that ☺.

It's interesting that a simple idea can require so much effort to get it out there - more than I think we guessed when we first spec'd it out.

(What's great about this is that - assuming that it continues to work - if we move reasonably quickly to ramp, I don't think anyone else can catch up with the secret sauce for awhile, given what's involved to get it out there, giving us first mover with this as a growth tactic.)

And we have dropped almost everything else - we are now looking at everything from the perspective of receipts, fixing anything that touches that experience (including fixing up the apps and registration process throughout), and only with left over cycles putting some effort into WhoAreYou (to get the second app growing), and a few items around monetization (like supporting data sales, getting the auto-updater working, etc...)

--Alex

**From:** Eric Ver Ploeg [mailto:eric@recursivecap.com]
**Sent:** Wednesday, January 25, 2012 9:31 AM
**To:** alex@youmail.com
**Cc:** Rick Prostko
**Subject:** Re: Receipt Stats

Amazing first handful of days.

I think it is wise to work out the kinks, generate key learnings, and generally improve the UX/user acquisition funnel, before making this more generally available. This is a classic case of "when you find something that seems to be working, drop (almost) everything else, and put all your efforts into that thing that seems to be working".

Smart to buy the required hardware. It does not seem like an optimistic stretch to extrapolate these early results onto the rest of the YouMail user population.

Good to see something we can control and that seems to be working well. It must be due to Rick Prostko joining the board. :-)

Take care,
Eric

On Wed, Jan 25, 2012 at 8:53 AM, <alex@youmail.com> wrote:

So this is getting more and more interesting.  Here are the daily receipt results six days into it (we launched 1-19).

|                      | Receipts | Views | CTR | Accounts | Conv | RR   |
|----------------------|----------|-------|-----|----------|------|------|
| Daily Total for 1-24: | 22,485  | 2,534 | 11% | 621      | 25%  | 2.8% |
| Daily Total for 1-23: | 23,408  | 2,743 | 12% | 577      | 21%  | 2.5% |
| Daily Total for 1-22: | 11,468  | 1,591 | 14% | 512      | 32%  | 4.5% |
| Daily Total for 1-21: | 16,914  | 2,284 | 14% | 560      | 25%  | 3.3% |
| Daily Total for 1-20: | 30,470  | 4,340 | 14% | 761      | 18%  | 2.5% |
| Daily Total for 1-19: | 27,190  | 4,536 | 17% | 589      | 13%  | 2.2% |

So new accounts/day is roughly 600/day with 20k-ish users and is still hanging around there.  Call it 4,000 users over 7 days, which is huge (20%).   And it's really interesting that new accounts/day is steady - we have to break it down, but it might be that enough new people are coming on fast enough to sustain things as older users have fewer new people calling them and as older users potentially turn off sending receipts (the 10% who have opted-out).

(Remember, we have nearly 600k active users, so doing the math - say 25 times as many cohorts x4k = 100k accounts/week, which is huge, and would blow us out of our existing hardware capacity within a very short period.)

Despite our efforts CTR is fading a bit.   HOWEVER, a decent amount of receipts are going to existing YouMailers (like mine have gone to Melissa and Lee more than anyone else, so we really need to get an adjusted CTR/RR focused on new people experiencing them - since YouMailers can't convert).  And while our original plan was to send just one, we're seeing users turn on "all receipts" more and more (so you'd expect it to go down as people see it more and more, though that should bring in new people over time).

The RR rate has gone up a bit - but it is especially high on weekends, which may mean that's when people have the most time to play around.  This makes me wonder if we shouldn't explore making sure we first turn this on for people on a Friday so that the people who call a lot will call on the weekend and get the receipt when they can act on it right away.   Also, we see the RR go up over time for a given day - as people save the text messages and act later.

While we're all desperate to scale this up and see us double the base in less than 60 days, we still have some work to do.

Top on the list: the iphone sign up experience in-app sucks (no other word for it), so we're focused on redoing that yesterday and today - and getting it to the store (and then have the Apple 4-5 day delay). That should boost RR since we're getting 650-800 downloads/day on iPhone now and only 200-250 accounts.

Next: we also made the Android app much better looking and are trying to push that over the next week, which will have better screen shots on the market page, and will have the key missing features (ditchmail and personal greetings) which should help the RR there too.

Finally: we really need to buy another NFS, so we're going to spend the $15k to get one ordered and installed quickly before we ramp much more. We can try to squeeze by without it, but it's a big risk.

So we'll let it run like this for another week to get two solid weeks of data - unless we think of a particular test we want to do on another 5-10k users. I think it's more important to do this right than to reach for some arbitrary growth in actives for January just to have the growth for that month look better. Plus we're growing 1k-ish/day now anyways, so we'll clear 600k for sure in the next few days.

--Alex

---

**Categories:**