# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| MEGAN GOLD, on behalf of herself and others similarly situated, | |
| Plaintiff, | Case No. 1:12-cv-0522-TWP-TAB |
| v. | |
| YOUMAIL, INC., ALEX QUILICI, MIKE RUDOLPH, MILES VALENTINE, ERIC VER PLOEG, RICK PROTSKO, and CRAIG COOPER, | |
| Defendants. | |

## ORDER OF REFERRAL TO FCC

This cause coming before the Court on the joint motion by Plaintiff Megan Gold and Defendant YouMail, Inc. for referral to the FCC, the Court being fully advised, it is now

ORDERED that the motion be, and hereby is, GRANTED. This issues in this case that are raised in Defendant YouMail, Inc.'s April 19, 2013 Petition for Expedited Declaratory Ruling, GC Docket No. 02-278, are referred to the FCC. This action shall be stayed for 180 days. A further telephonic status conference is set

for January 10, 2014 at 9:00 a.m. to discuss the status of the FCC

proceedings and whether further stay of these proceedings is appropriate.

Counsel will receive call-in information through a separate notice.

Dated:  07/29/2013

                                                    Hon. Tanya Walton Pratt, Judge
                                                    United States District Court
                                                    Southern District of Indiana

Copies to:

Alexander H. Burke
Burke Law Offices, LLC
aburke@burkelawllc.com

Brett Freeman
Sabitini Law Firm, LLC
bfecf@bankruptcypa.com

Carlo David Sabatini
Sabatini Law Firm, LLC
ecf@bankruptcypa.com

Jimmie Lamar McMillian
Barnes & Thornburg LLP
jmcmillian@btlaw.com

Michael S. Adler
Tantalo & Adler, LLP
madler@ta-llp.com

Philip A. Whistler
Ice Miller LLP
philip.whistler@icemiller.com