UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MEGAN GOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| YOUMAIL, INC., ) | |
| ALEX QUILICI, ) | No. 1:12-cv-00522-TWP-TAB |
| MIKE RUDOLPH, ) | |
| ERIC VER PLOEG, ) | |
| CRAIG COOPER, ) | |
| ) | |
| Defendants. ) | |

**ENTRY FOR PHONE CONFERENCE HELD JANUARY 10, 2014**

This matter is before the Court for an attorneys only telephonic status conference. Plaintiff appeared by counsel Alexander H. Burke, Brett Freeman, and Carlo David Sabatini. Defendants Youmail, Inc, Alex Quilici and Mike Rudolph appeared by counsel Jimmie Lamar McMillian and Michael S. Adler. Defendant Eric Ver Ploeg appeared by counsel Philip A. Whistler. The Court Reporter was David Moxley.

Discussion was held regarding the status of the case.

The final pretrial set February 19, 2014 and the jury trial set March 10, 2014 were vacated and rescheduled. The final pretrial will be held on March 11, 2015 at 9:00 a.m. in Room 330 and the jury trial will be held on March 30, 2015 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana.

The stay in this matter will remain in effect until May 14, 2014. An attorneys only phone conference will be held on May 14, 2014 at 2:00 p.m. Counsel will receive call-in information at a later date.

```
         01/10/2014                                    [signature]
Date: _____                    _____
                                          Hon. Tanya Walton Pratt, Judge
                                          United States District Court
                                          Southern District of Indiana
```

Distribution:

Jimmie Lamar McMillian
BARNES & THORNBURG LLP
jmcmillian@btlaw.com

Alexander H. Burke
BURKE LAW OFFICES, LLC
aburke@burkelawllc.com

Philip A. Whistler
ICE MILLER LLP
philip.whistler@icemiller.com

Carlo David Sabatini
SABATINI LAW FIRM, LLC
ecf@bankruptcypa.com

Brett  Freeman
SABITINI LAW FIRM, LLC
bfecf@bankruptcypa.com

Michael S. Adler
TANTALO & ADLER, LLP
madler@ta-llp.com