UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MEGAN GOLD, on behalf of herself and others similarly situated,<br>          Plaintiff,<br>     v.<br>YOUMAIL, INC. et al.<br>          Defendants. | Case No. 1:12-cv-0522-TWP-TAB |

**Stipulation for Dismissal**

All parties hereby stipulate to dismissal of this action with prejudice and without costs, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). The claims of the putative class members are dismissed without prejudice.

| *Counsel for Plaintiff* | *Counsel for all Defendants that have appeared, other than Ver Ploeg* |
|---|---|
| /s/Alexander H. Burke | /s/Michael S. Adler, Esq. |
| Illinois Bar Number: 6281095<br>**BURKE LAW OFFICES, LLC**<br>155 N. Michigan Ave., Suite 9020<br>Chicago, IL 60601<br>(312) 729-5288<br>(312) 729-5289 (fax)<br>ABurke@BurkeLawLLC.com<br><br>Carlo Sabatini<br>Sabatini Law Firm, LLC (admitted pro hac vice ) | Tantalo & Adler LLP<br>1901 Avenue of the Stars, Ste 1000<br>Los Angeles, CA 90067<br>(310) 734-8694 (direct)<br>(310) 734-8696 (fax)<br>www.ta-llp.com |

216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
(570) 504-2769 (fax)
ecf@bankruptcypa.com

*Counsel for Defendant Ver Ploeg*

/s/Philip A. Whistler

Ice Miller, LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200
(317) 236-2349
(317) 592-4790 (fax)
philip.whistler@icemiller.com

Certificate of Service

Alexander H. Burke certifies that this document was served upon all counsel of record through the ECF system for the Southern District of Indiana.

/s/Alexander H. Burke